## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| A.B.C. LEARNING CENTRES LIMITED, et al.,[1] | Case No. 10-11711 (KG)<br>(Jointly Administered) |
| Debtors in Foreign Proceedings. | Hearing Date: June 24, 2010 at 12:00 p.m. (ET) |

## NOTICE OF RESCHEDULED HEARING TIME

PLEASE TAKE NOTICE that the hearing (the "Hearing") previously scheduled to be held in the above-captioned cases on June 24, 2010 at 3:00 p.m. (ET) has been rescheduled for **June 24, 2010 at 12:00 p.m. (ET)**. All matters previously scheduled for the Hearing will be heard at the new starting time.

Dated: Wilmington, Delaware
      June 9, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Ryan M. Bartley
Joel A. Waite (No. 2925)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone:   (302) 571-6600
Facsimile:   (302) 571-1253

- and -

CHADBOURNE & PARKE LLP
Howard Seife
Andrew Rosenblatt
30 Rockefeller Plaza
New York, New York 10112
Telephone:   (212) 408-5100
Facsimile:   (212) 541-5369

Attorneys for the Petitioners

---

[1] The debtors in these jointly administered cases are A.B.C. Learning Centres Limited and A.B.C. USA Holdings Pty Ltd.