IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                            :
                                                  :
A.B.C. LEARNING CENTRES LIMITED, *et al.*[1]      : Chapter 15
                                                  :
                                                  : Case No. 10-11711 (KG)
Debtors in Foreign Proceedings                    :
                                                  : (Jointly Administered)
                                                  :
---------------------------------------------------------------- x Docket Ref. No. 52

## SECOND SUPPLEMENTAL DECLARATION OF GREGORY MOLONEY IN SUPPORT OF VERIFIED PETITION UNDER CHAPTER 15 FOR RECOGNITION AND RELIEF IN AID OF FOREIGN MAIN PROCEEDINGS

Gregory Moloney, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury as follows:

1. I, Gregory Moloney, as one of the former administrators and now as one of the liquidators (the "Liquidators") of A.B.C. Learning Centres Limited (in liquidation) (Receivers and Managers appointed) ("ABC Learning") and A.B.C. USA Holdings Pty Ltd (in liquidation) (Receivers and Managers appointed) ("ABC Holdings" and, together with ABC Learning, the "Debtors") and a foreign representative, as defined under section 101(24) of title 11 of the United States Code (the "Bankruptcy Code"), in the above-captioned cases under Chapter 15 of the Bankruptcy Code, hereby submit this second supplemental declaration (the "Second Declaration") in support of *Verified Petition Under Chapter 15 for Recognition of Foreign Main Proceedings.*

2. On 6 November, 2008, Mr. Peter Walker and I (the "Petitioners"), both of Ferrier Hodgson, were appointed as administrators (the "Administrators") of ABC Learning and 38 of its subsidiaries, including ABC Holdings, pursuant to section 436A of the

Australian *Corporations Act 2001* (Cth) (the "Corporations Act"). Subsequently, on 2 June, 2010, at a meeting of the Debtors' creditors, Mr. Peter Walker and I were appointed as liquidators of the Debtors pursuant to the Corporations Act am an official liquidator under Australian law and a chartered accountant. I have over 20 years experience acting as an administrator, receiver and liquidator (both jointly and individually) for companies that have had external administrators appointed under the Corporations Act. I am a partner at Ferrier Hodgson, a firm that specializes in dealing with corporate and personal insolvency administrations.

3. I am duly authorized to make this declaration acting in my capacity as the former Administrator and now Liquidator of the Debtors.

4. I refer to my earlier declaration executed on 16 June 2010 in these proceedings ("First Declaration"). In particular, I refer to paragraphs 19 and 26 of my First Declaration in relation to the second meeting of creditors.

5. On 15 March 2010, Justice Emmett of the Federal Court of Australia made orders, *inter alia*, in relation to the notification to creditors of the second meeting of creditors for ABC Learning and 38 of its subsidiaries, including ABC Holdings. Relevantly, and in summary, those orders included that notice of the second meeting of creditors of each ABC company in administration would be validly given to creditors by:

    (a)    causing a combined notice of the meeting to be published in The Australian newspaper;

    (b)    placing a copy of the combined notice of the meeting and the Report by the Administrators prepared pursuant to section 439A(4) of the Corporations Act, on the Ferrier Hodgson website;

    (c)    sending the combined notice of the meeting to any creditor who has notified the Administrators of a fax number or electronic address, to that fax number or

---

[1] The debtors in these jointly administered cases are A.B.C. Learning Centres Limited and A.B.C. USA Holdings Pty Ltd.

electronic address;

(d) subject to (c), sending a combined notice of the meeting to any person that is reported on the Report as to Affairs as being a creditor or has lodged a proof of debt or with the Administrators or has expressly notified the Administrators in writing or electronically that that person claims to be a creditor, by prepaid post to any address of which the Administrators are aware in respect of that creditor; and

(e) by each director of each child care centre operated by the receivers and managers of ABC Learning being directed to distribute the combined notice of meeting to each employee using each employee's pigeon hold located at the centre at which the employee works,

at least 5 business days before the second meeting of creditors or any adjourned or subsequent meeting.

6. A copy of the orders are attached hereto as Exhibit "A". The above orders were complied with by the Administrators in giving notice of the second meeting of creditors of each ABC company in administration to all creditors that were known to the Administrators, either by way of Return As to Affairs prepared by the directors for each ABC company in administration, or because of correspondence received by the Administrators.

7. On 26 March 2010, a second meeting of creditors of each ABC company in administration was held in Brisbane, Queensland. Those meetings were adjourned pursuant to section 439B(2) of the Corporations Act for a period not exceeding 45 business days.

8. On 19 May 2010 the Administrators were contacted by Mr. Toby Boys, Partner of the law firm Holding Redlich, Brisbane, Queensland on behalf of Mr. Darryl Williams of RCS. Mr. Boys advised that Mr. Williams would like to discuss some matters that arose from the court case between RCS and ABC Learning. Mr. Boys advised that RCS had received a judgment against ABC Learning that would place RCS in the position of an unsecured creditor.

9. On 31 May 2010, the Administrators notified Mr. Boys, for Mr. Darryl Williams of RCS, of the second meeting of creditors to be held on June 2, 2010. A copy of that emails and the attachments are attached hereto as Exhibit "B".

10. On 2 June 2010, the second meeting of creditors was reconvened and held in Brisbane, Australia for ABC Learning and the 38 subsidiaries in administration. Those meetings were held concurrently.

11. At the creditors' meeting for ABC Learning, the creditors of ABC Learning resolved that the company should be wound up (and immediately placed into liquidation). By virtue of that resolution to wind up ABC Learning, and pursuant to the Corporations Act, both myself and Peter Walker were appointed the Liquidators of ABC Learning.

12. At the creditors' meeting for ABC Holdings, the creditors of ABC Holdings resolved that the company should be wound up (and immediately placed into liquidation). By virtue of that resolution to wind up ABC Holdings, and pursuant to the Corporations Act, both myself and Peter Walker were appointed the Liquidators of ABC Holdings.

13. I confirm that there were 62 creditors represented at the meeting in person or by proxy for ABC Learning with a total value, for voting purposes of (AUS) $1,915,158,085.

14. I confirm that there were 46 creditors represented at the meeting in person or by proxy for ABC Holdings with a total value, for voting purposes, of (AUS) $992,683,502. A copy of the minutes are attached hereto as Exhibit "C".

15. At the second meeting of creditors for ABC Learning, a Committee of Inspection comprising 9 members was appointed pursuant to section 548 of the Corporations Act. The Corporations Act provides for the appointment of a Committee of Inspection to

represent the creditors of a company. The Committee will assist the Liquidators as required and the Liquidators are required by section 479 of the Corporations Act to have regard to any directions given by resolution of the Committee of Inspection. However, notwithstanding that, the Liquidators are expressly required by section 479(4) of the Corporations Act to use their own discretion in the management of the affairs and property of the company and in the distribution of that property.

16. At the second meeting of creditors of ABC Holdings, there were no nominations for a Committee of Inspection and a Committee of Inspection was not appointed.

17. Attached hereto as Exhibit "D" is a true and correct copy of the order of the Australian Court dated 20 August 2009 that, upon the application of the Petitioners and over the objection of certain creditors of the ABC companies, adjourned the second meeting of creditors until 21 August 2009.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of June 2010

/s/ Gregory Moloney
Gregory Moloney

as Liquidator of A.B.C. Learning Centres Limited (in liquidation) (Receivers and Managers appointed) and A.B.C. USA Holdings Pty Limited (in liquidation) (Receivers and Managers appointed)