# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | A.B.C. Learning Centres Limited (Administrators appointed)(Receivers and Managers appointed) |
| **Case Number:** | 10-11711-KG  **Chapter:** 15 |
| **Date / Time / Room:** | THURSDAY, JUNE 24, 2010 01:00 PM  CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

## *Matter:*

Recognition & Preliminary Injunction

**R / M #:**  65 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - Hearing continued to 6/28 @ 9:30; then cancelled and moved to 8/9/10 @ 9:30 am.
#2 - ORDER SIGNED (hearing continued to 6/28 @ 9:30; then cancelled and moved to 8/9/10 @ 9:30 am