IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| A.B.C. LEARNING CENTRES LIMITED n/k/a ZYX LEARNING CENTRES LIMITED, et al.,[1] | Case No. 10-11711 (KG) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 9, 2010 AT 9:30 A.M. (ET)

**CONTESTED MATTERS**

1.  Verified Petition for Recognition of Foreign Proceedings Pursuant to Chapter 15 of the United States Bankruptcy Code [Docket No. 7, filed 5/26/10]

    Related Documents:

    A.  Memorandum of Law in Support of (i) Administrators' Verified Petition Under Chapter 15 for Recognition of Foreign Proceedings and Related Relief; and (ii) Motion for *Ex Parte* Temporary Restraining Order and Preliminary Injunction Pursuant to 11 U.S.C. §§ 105(a), 1519 and 1521 [Docket No. 8, filed 5/26/10]

    B.  Declaration of Peter Walker in Support of (i) Administrators' Verified Petition for Entry of an Order Granting Recognition and Relief in Aid of Foreign Main Proceedings Pursuant to 11 U.S.C. §§ 1515, 1517 and 1520; (ii) Administrators' Motion for Joint Administration; and (iii) Administrators' Motion for *Ex Parte* Temporary Restraining Order and Preliminary Injunction Pursuant to 11 U.S.C. §§ 105(a), 1519 and 1521 [Docket No. 9, filed 5/26/10]

    C.  Declaration of John Kenneth Martin in Support of (i) Administrators' Verified Petition for Entry of an Order Granting Recognition and Relief in Aid of Foreign Main Proceedings Pursuant to 11 U.S.C. §§ 1515, 1517 and 1520; (ii) Administrators' Motion for Joint Administration; and (iii) Administrators' Motion for *Ex Parte* Temporary Restraining Order and Preliminary Injunction Pursuant to 11 U.S.C. §§ 105(a), 1519 and 1521 [Docket No. 10, filed 5/26/10]

    D.  Order (I) Granting Form and Manner of Service of Notice of Filing of Petitions and Other Pleadings Pursuant to Chapter 15 of the Bankruptcy Code and (II) Scheduling a Hearing on Chapter 15 Petitions for Recognition [Docket No. 19, entered 5/27/10]

---

[1] The debtors in these jointly administered cases are A.B.C. Learning Centres Limited, n/k/a ZYX Learning Centres Limited, and A.B.C. USA Holdings Pty Ltd.

E. Notice of Filing of a Petition Under Chapter 15 of the United States Bankruptcy Code and Order to Show Cause with Temporary Restraining Order and Order Scheduling Hearing to Consider Chapter 15 Petition [Docket No. 25, filed 5/27/10]

F. Supplemental Memorandum of Law in Support of (i) Administrators' Verified Petition Under Chapter 15 for Recognition of Foreign Proceedings and Related Relief; and (ii) Motion for Preliminary Injunction Pursuant to 11 U.S.C. §§ 105(a), 1519 and 1521 [Docket No. 33, filed 6/4/10]

G. Supplemental Declaration of Peter Walker in Support of (i) Verified Petition Under Chapter 15 for Recognition of Foreign Proceedings and Related Relief; and (ii) Motion for Preliminary Injunction Pursuant to 11 U.S.C. §§ 105(a), 1519 and 1521 [Docket No. 34, filed 6/4/10]

H. Notice Pursuant to 11 U.S.C. § 1518 Regarding Change of Status of Foreign Proceedings and Notice Regarding Filing of Supplemental Pleadings [Docket No. 35, filed 6/4/10]

I. Notice of Rescheduled Hearing Time [Docket No. 49, filed 6/9/10]

J. Declaration of Scott Hedge (I) in Support of the Verified Petition for Entry of an Order Granting Recognition and Relief in Aid of Foreign Main Proceedings Pursuant to 11 U.S.C. §§ 1515, 1517 and 1520 and (II) in Substitution of the Declaration of John Kenneth Martin Dated May 26, 2010 [Docket No. 51, filed 6/16/10]

K. Declaration of Gregory Moloney (I) in Support of Verified Petition Under Chapter 15 for Recognition and Relief in Aid of Foreign Main Proceedings and (II) in Substitution of the Declarations Submitted By Mr. Peter Walker Dated May 26, 2010 and June 3, 2010 Respectively [Docket No. 52, filed 6/16/10]

L. Petitioners' List of Witnesses [Docket No. 53, filed 6/16/10]

M. Petitioners' Reply to the Objection of RCS Capital Development, LLC, to Debtors' Petitions for Chapter 15 Recognition of Foreign Proceedings [Docket No. 58, filed 6/21/10]

N. Second Supplemental Declaration of Gregory Moloney in Support of Verified Petition Under Chapter 15 for Recognition and Relief in Aid of Foreign Main Proceedings [Docket No. 59, filed 6/21/10]

O. List of Witnesses of RCS Capital Development, LLC [Docket No. 63, filed 6/22/10]

P.  Notice of Filing of Revised Proposed Form of Recognition Order [Docket No. 64, filed 6/23/10]

Q.  Transcript of Hearing Held 6/24/10 [Docket No. 73]

Objection Deadline: June 17, 2010 at 4:00 p.m.

Objection Filed:

R.  Objection of RCS Capital Development, LLC, to Putative Debtors' Petitions for Chapter 15 Recognition of Foreign Proceedings [Docket No. 57, filed 6/17/10]

Status: This matter will be going forward. The parties have requested that an evidentiary hearing be held.

2. Motion for *Ex Parte* Temporary Restraining Order and Preliminary Injunction Pursuant to 11 U.S.C. §§ 105(a), 1519 and 1521 [Docket No. 11, filed 5/26/10]

Related Documents:

A.  Verified Petition for Recognition of Foreign Proceedings Pursuant to Chapter 15 of the United States Bankruptcy Code [Docket No. 7, filed 5/26/10]

B.  Memorandum of Law in Support of (i) Administrators' Verified Petition Under Chapter 15 for Recognition of Foreign Proceedings and Related Relief; and (ii) Motion for *Ex Parte* Temporary Restraining Order and Preliminary Injunction Pursuant to 11 U.S.C. §§ 105(a), 1519 and 1521 [Docket No. 8, filed 5/26/10]

C.  Declaration of Peter Walker in Support of (i) Administrators' Verified Petition for Entry of an Order Granting Recognition and Relief in Aid of Foreign Main Proceedings Pursuant to 11 U.S.C. §§ 1515, 1517 and 1520; (ii) Administrators' Motion for Joint Administration; and (iii) Administrators' Motion for *Ex Parte* Temporary Restraining Order and Preliminary Injunction Pursuant to 11 U.S.C. §§ 105(a), 1519 and 1521 [Docket No. 9, filed 5/26/10]

D.  Declaration of John Kenneth Martin in Support of (i) Administrators' Verified Petition for Entry of an Order Granting Recognition and Relief in Aid of Foreign Main Proceedings Pursuant to 11 U.S.C. §§ 1515, 1517 and 1520; (ii) Administrators' Motion for Joint Administration; and (iii) Administrators' Motion for *Ex Parte* Temporary Restraining Order and Preliminary Injunction Pursuant to 11 U.S.C. §§ 105(a), 1519 and 1521 [Docket No. 10, filed 5/26/10]

E.  Temporary Restraining Order and Order Scheduling a Hearing for Preliminary Injunction [Docket No. 18, entered 5/27/10]

F.  Supplemental Memorandum of Law in Support of (i) Administrators' Verified Petition Under Chapter 15 for Recognition of Foreign Proceedings and Related Relief; and (ii) Motion for Preliminary Injunction Pursuant to 11 U.S.C. §§ 105(a), 1519 and 1521 [Docket No. 33, filed 6/4/10]

G.  Supplemental Declaration of Peter Walker in Support of (i) Verified Petition Under Chapter 15 for Recognition of Foreign Proceedings and Related Relief; and (ii) Motion for Preliminary Injunction Pursuant to 11 U.S.C. §§ 105(a), 1519 and 1521 [Docket No. 34, filed 6/4/10]

H.  Notice Pursuant to 11 U.S.C. § 1518 Regarding Change of Status of Foreign Proceedings and Notice Regarding Filing of Supplemental Pleadings [Docket No. 35, filed 6/4/10]

I.  Order Extending Temporary Restraining Order and Scheduling a Hearing for Preliminary Injunction [Docket No. 43, entered 6/7/10]

J.  Notice of Rescheduled Hearing Time [Docket No. 49, filed 6/9/10]

K.  Declaration of Scott Hedge (I) in Support of the Verified Petition for Entry of an Order Granting Recognition and Relief in Aid of Foreign Main Proceedings Pursuant to 11 U.S.C. §§ 1515, 1517 and 1520 and (II) in Substitution of the Declaration of John Kenneth Martin Dated May 26, 2010 [Docket No. 51, filed 6/16/10]

L.  Declaration of Gregory Moloney (I) in Support of Verified Petition Under Chapter 15 for Recognition and Relief in Aid of Foreign Main Proceedings and (II) in Substitution of the Declarations Submitted By Mr. Peter Walker Dated May 26, 2010 and June 3, 2010 Respectively [Docket No. 52, filed 6/16/10]

M.  Second Supplemental Declaration of Gregory Moloney in Support of Verified Petition Under Chapter 15 for Recognition and Relief in Aid of Foreign Main Proceedings [Docket No. 59, filed 6/21/10]

N.  Order Further Extending Temporary Restraining Order [Docket No. 69, entered 6/24/10]

O.  Order Further Extending Temporary Restraining Order [Docket No. 76, entered 6/30/10]

Objection Deadline:  June 4, 2010 at 4:00 p.m. [Extended to 6/17/10 at 4:00 p.m.]

Objection Filed:  Informal response of RCS Capital Development, LLC.

Status: If the Court grants the relief requested in item 1, this matter will be moot. Accordingly, the Petitioners request that this matter only go forward in the event that the Court does not grant the relief requested by the Petitioners in item 1.

3. Motion of RCS Capital Development, LLC, for Relief from the Automatic Stay and the Terms of Any Recognition Order to (I) Reduce its Jury Verdict to Judgment and (II) Allow for Setoff [Docket No. 85, filed 7/16/10]

Objection Deadline: July 30, 2010 at 4:00 p.m.

Objection Filed:

A. Petitioners' Objection to Motion of RCS Capital Development, LLC for Relief from the Automatic Stay and the Terms of Any Recognition Order to (I) Reduce its Jury Verdict to Judgment and (II) Allow for Setoff [Docket No. 87, filed 7/30/10]

Related Document:

B. Reply in Further Support of Motion of RCS Capital Development, LLC, for Relief from the Automatic Stay and the Terms of Any Recognition Order to (I) Reduce its Jury Verdict to Judgment and (II) Allow for Setoff [Docket No. 88, filed 8/4/10]

Status: This matter will be going forward.

Dated: Wilmington, Delaware
August 5, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ryan M. Bartley*

Joel A. Waite (No. 2925)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and -

CHADBOURNE & PARKE LLP
Howard Seife
Andrew Rosenblatt
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

Attorneys for the Petitioners