# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | A.B.C. Learning Centres Limited (Administrators appointed)(Receivers and Managers appointed) |
| **Case Number:** | 10-11711-KG  **Chapter:** 15 |
| **Date / Time / Room:** | MONDAY, AUGUST 09, 2010 09:30 AM  CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

## *Matter:*

Hearing cont'd from 6/24; 6/28; RCS Capital - Relief from Stay Motion

**R / M #:** 89 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 -  Matter taken under advisement
#2 -  Extended until Friday  8/13 @ 4 pm (if needed)  - ORDER SIGNED
#3 -   Matter taken under advisement