SIGN-IN-SHEET

CASE NAME: A. B. C. LEARING CENTRES LIMITED COURTROOM LOCATION: 3
CASE NO.: 10-11711 - KG DATE: 8/9/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Howard Seife | Chadbourne + Parke LLP | Petitioners – Liquidators of ABC |
| Andrew Rosenblatt | " | " |
| Joel Waite | YCS+T | " |
| Robert Dehney | Morris Nichols Arsht & Tunnell LLP | RCS |
| Matthew B. Harvey | " | " |
| Daryl Williams | Baird Williams Greer | " |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

②

# Court Conference

Calendar Date: 08/09/2010
Calendar Time: 09:30 AM ET

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | ABC Learning Centres Limited n/k/a ZYX Learing Cen | 10-11711 | Hearing | | Lisa Gallate | | Kemp & Strang | Debtor, A.B.C. Learning Centres Limited / LISTEN ONLY |
| | | ABC Learning Centres Limited n/k/a ZYX Learing Cen | 10-11711 | Hearing | | Alex Smith | | Henry Davis York | Debtor, A.B.C. Learning Centres Limited / LISTEN ONLY |