IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :
                                                                 :
A.B.C. LEARNING CENTRES LIMITED n/k/a                            : Chapter 15
ZYX LEARNING CENTRES LIMITED, *et al.*[1]                        :
                                                                 : Case No. 10-11711 (KG)
Debtors in Foreign Proceedings                                   :
                                                                 : (Jointly Administered)
                                                                 :
---------------------------------------------------------------- x Ref. Nos. 11, 18, 43, 69, 76, & __

## ORDER FURTHER EXTENDING TEMPORARY RESTRAINING ORDER

Upon the motion (the "Motion")[2] of Mr. Peter Walker and Mr. Greg Moloney, in their capacities as the former administrators and current liquidators (the "Liquidators" or the "Petitioners") and foreign representatives of A.B.C. Learning Centres Limited n/k/a ZYX Learning Centers Limited (in liquidation)(Receivers and Managers appointed) (the "ABC Learning") and A.B.C. USA Holdings Pty Ltd (in liquidation)(Receivers and Managers appointed) ("ABC Holdings", and together with ABC Learning, the "Debtors"), pursuant to Chapter 15 of title 11 of the United States Code (the "Bankruptcy Code"), who are asserted by the Petitioners to be parties in a proceeding under Australia's *Corporations Act 2001* (Cth) (the "Corporations Act"), for entry of (i) a temporary restraining order ("TRO"), (ii) an order scheduling a hearing with respect to the Petitioners' request for a preliminary injunction ("Preliminary Injunction"), and (iii) after notice and a hearing, an order granting the requested Preliminary Injunction; and this Court having considered the Motion, the Verified Petition, the

---

[1] The debtors in these jointly administered cases are A.B.C. Learning Centres Limited n/k/a ZYX Learning Centers Limited and A.B.C. USA Holdings Pty Ltd.

[2] Capitalized terms but not otherwise used herein shall have the meanings ascribed to them in the Motion.

Walker Declaration and the exhibits thereto, the Martin Declaration, and the Memorandum of Law (collectively the "Supporting Papers"); and a hearing having been held before the Court on May 27 to consider, *inter alia*, Petitioners' *ex parte* request for entry of the TRO; and the Court having considered the evidence submitted at the hearing; and following the hearing the Court having entered an order dated May 27, 2010 [Docket No. 18] (the "May 27 TRO Order") issuing the TRO and scheduling a hearing on the Preliminary Injunction for June 9, 2010 (the "Preliminary Injunction Hearing"); and upon the request of the Petitioners and RCS Capital Development LLC ("RCS") to adjourn the Preliminary Injunction Hearing and to extend the TRO through and including June 24, 2010; and the Court having entered an order dated June 9, 2010 [Docket No. 43] extending the May 27 TRO Order through June 24, 2010; and the Court having held a hearing on the Petitioners' request, pursuant to section 1520(a) for recognition of the Australian Proceeding under Chapter 15 of the Bankruptcy Code on June 24, 2010, which matter remains under consideration by the Court; and, following the hearing held on June 24, 2010, the Court having entered an order further extending the May 27 TRO Order through and including August 9, 2010; and no party, other than RCS Capital Development, LLC, having asserted an objection to the Petitioners' request for a Preliminary Injunction:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The May 27 TRO Order shall remain in full force and effect through and including _August 13_, 2010 at 5:00 p.m. (ET).

2. Copies of this Order shall be served by the Petitioners in accordance with the *Order (I) Granting Form and Manner of Service of Notice of Filing of Petitions and Other Pleadings, and (II) Scheduling of Hearing on Chapter 15 Petitions for Recognition* entered on May 27, 2010 [Docket No. 19].

3. Service of this Order in accordance with the foregoing shall constitute

adequate and sufficient service and notice.

Dated: August 9, 2010
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE