# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | ABC Learning Centres Limited n/k/a ZYX Learning Centres Limited, et al., | | |
| **Case Number:** | 10-11711-KG | **Chapter:** | 15 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 04, 2011 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## *Matter:*

Relief from Automatic Stay - Contested

**R / M #:**   146 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 -  under advisement